■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN P. BAUER, Appellant.— Order, Supreme Court, New York County, entered on March 29, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Marke- wich, J. P., Nunez, Murphy, Steuer and Capozzoli, JJ.